## IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT LLC, A NEVADA
LIMITED LIABILITY COMPANY; LN
MANAGEMENT LLC SERIES 5204
PAINTED SANDS; AND RYAN WELCH,
INDIVIDUALLY,

        Appellants,

vs.

TRACY SANZONE, AN INDIVIDUAL;
MICHAEL SANZONE, AN
INDIVIDUAL; AND MARANDA
RAMOS, AN INDIVIDUAL,

        Respondents.

No. 81578

**FILED**

JAN 2 9 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
       DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY:_____

cc:    Hon. Mark R. Denton, District Judge
       Michael H. Singer, Settlement Judge
       Kerry P. Faughnan
       Claggett & Sykes Law Firm
       Eighth District Court Clerk

21-02859